IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JENNIFER ROBINSON, RUSSELL McPHERSON<br><br>v.<br><br>BRIAN MAST, HERITAGE CRYSTAL CLEAR, LLC | CIVIL ACTION<br><br>NO. 17-3840 |
|---|---|

# ORDER

**AND NOW, TO WIT:** This 19th day of October, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 17\17-3840 ROBINSON V MAST\17CV3840 41B 10192018.DOCX